Robert SYKES, Jr. (Appellant),

v.

KANSAS CITY, MISSOURI SCHOOL DISTRICT (Respondent).

No. WD 50287.

Missouri Court of Appeals, Western District.

May 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied Sept. 19, 1995.

Michael S. Shipley, Liberty, for appellant.

Dora E. Reid, Kansas City, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

PER CURIAM.

### ORDER

Appeal from portion of order of Labor and Industrial Relations Commission affirming an award of the Administrative Law Judge denying temporary total disability benefits.

Judgment affirmed. Rule 84.16(b).